# IN THE SUPREME COURT OF THE STATE OF NEVADA

SEAN MICHAEL BURKS,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 85104

FILED

AUG 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of commitment. Because no statute or court rule permits an appeal from such an order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.          _____, J.
Cadish                                 Pickering

cc:    Hon. Christy L. Craig, District Judge
       Sean Michael Burks
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Clark County Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A

22-25940